FILED
OCT - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2725 Pa.Ave.SE
Washington,DC 20020

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN GRAHAM
2725 Pennsylvinia ave.SE
Washington,DC 20020
202-583-4473

CASE NUMBER 1:05CV01956

JUDGE: Ellen Segal Huvelle

DECK TYPE: Employment Discrimination

DATE STAMP: 10/04/2005

JURY ACTION

v.

Southern Maryland Hospital Center
7503 Surratts Rd.
Clinton,Maryland 20735

Complaint

I have a bi-lateral hearing loss, which sometimes made it hard for me to do my job but I always did the best I could.
Jackie Farmer the psych. Unit director told me several times that this was a problem for her and the rest of the staff she also told me that she didn't have any problems with my job performance and was out to get me when I asked her if she was"you cause me to many problems".This lead to meetings with the director of human resourses instead of the nursing supervisors who sometimes singed off on the disciplainary work sheet but never ever attened any of the meetings which means policy was not followed.
Also younger people were being hired with less experience to do the same job as I. People with their own transportation of the 4-West unit came to work late everyday as well as other hospital wide employees.I feel I have been terminated because of my hearing loss and age and if this is not true then ¾ of the So. MD. Hosp. Ctr. Staff should receive the same treatment as I did by being terminated for tardiness.
I am requesting a jury trial as well as reinstatement of my job and back pay and also whatever pain and suffering , punitive damages the jury and court find sufficient
I have not been able to find a job as of this day (July,5,2005) .

RECEIVED
SEP 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Steven Graham
*/s/ Steven Graham*

1

EEOC Form 161 (3/98)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Steven Graham
2725 Pennsylvania Avenue, S.E
Washington, DC 20020

From: Baltimore District Office
10 South Howard Street
3rd Floor
Baltimore, MD 21201

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 120-2005-02059C | James P. Norris, Investigator | (410) 962-0602 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

[signature]

JUN 23 2005

Enclosure(s)

Marie M. Tomasso,
Acting Director

(Date Mailed)

cc: Jackie Farmer
Human Resources
SO. MARYLAND HOSPITAL
Surratts Road
Clinton, MD 20735

05 1956
**FILED**

OCT - 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 120-2005-02059 |

RECEIVED 2005 JUN 16 EEOC BALT. DIST. OFFICE

**Maryland Commission On Human Relations** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Steven Graham | (571) 226-6276 | 05-20-1961 |

Street Address: 2725 Pennsylvania Avenue, S.E Washington, DC 20020

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| SOTHERN MD HOSPITAL CENTER | 201 - 500 | (301) 868-8000 |

Street Address: Surratts Road, Clinton, MD 20735

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-01-2004   Latest: 12-01-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been told several times by director of unit that my hearing is causing a problem for me and others. I have been verbally abused with (which one of your ears is the good ear). I have seen and witnessed younger people become employed to this small entity of So. MD. Hosp., and also probably for less pay and experience & education. It is clear now and then based off of the comments made I have been discriminated by hearing disability & Age disability. Further more as I described in my intake forms the cover up is being tardy for work, which I have no problems with policy, but if this is not a cover up then 3/4 of So. MD. Hosp. Employees should be released as well, mainly the unit that I worked on 4 West where it was stated to me that how I did my job was not a problem, but getting along with other people. But when the younger people had problems with others it went unnoticed.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 5/26/05   Charging Party Signature: [signed] Steven Graham

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)