IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN GRAHAM<br>2725 PENNSYLVANIA AVENUE, SE<br>WASHINGTON, D.C. 20020<br><br>    Plaintiff<br><br>v.<br><br>SOUTHERN MARYLAND HOSPITAL<br>CENTER<br>7503 SURRATTS ROAD<br>CLINTON, MD 20735<br><br>    Defendant | Civil Court Action No:   1:05CV01956<br>Judge:  Ellen Segal Huvelle |

## MOTION TO DISMISS

COMES NOW Defendant, Southern Maryland Hospital Center, through undersigned counsel and Whiteford, Taylor & Preston, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure with its Motion to Dismiss Plaintiff's Complaint and in support thereof, states as follows:

1.    Plaintiff's Complaint arising out of his employment with Defendant, a Maryland hospital, should be dismissed. First, this Court lacks personal jurisdiction over Defendant - - a Maryland corporation which has no contacts with the District of Columbia. Plaintiff has not pled any facts that provide a basis for this Court to exercise long arm jurisdiction over Defendant. Second, this Court lacks subject matter jurisdiction. Plaintiff failed to allege any basis for diversity jurisdiction or federal question jurisdiction. Because this Court lacks personal jurisdiction and subject matter jurisdiction, the Complaint should be dismissed.

2.	Defendant hereby adopts and incorporates the accompanying Memorandum as though fully set forth herein.

WHEREFORE, Defendant respectfully requests this honorable Court to dismiss Plaintiff's Complaint with prejudice, to award costs and fees incurred in defending this matter, and for such further relief this Court deems appropriate.

Respectfully submitted,

__/s/_____
John J. Hathway (#412664)
Jennifer S. Jackman (#466922)
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Washington, DC  20036-5405
(202) 659-6800

Attorney for Defendant,
SOUTHERN MARYLAND HOSPITAL CENTER
7503 SURRATTS ROAD
CLINTON, MD 20735

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of November, 2005, a copy of the foregoing Motion was sent by first class mail, postage prepaid to:

>Steven Graham
>*Pro Se*
>2725 Pennsylvania Avenue, SE
>Washington, D.C. 20020


>__/s_____
>Jennifer S. Jackman

*180405*