IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN GRAHAM
2725 PENNSYLVANIA AVENUE, SE
WASHINGTON, D.C. 20020

     Plaintiff

v.

                        Civil Court Action No:    1:05CV01956
                        Judge: Ellen Segal Huvelle

SOUTHERN MARYLAND HOSPITAL
CENTER
7503 SURRATTS ROAD
CLINTON, MD 20735

     Defendant

## AFFIDAVIT OF RICHARD G. MCALEE

DISTRICT OF COLUMBIA, ss:

The affiant, Richard G. McAlee, being first duly sworn, deposes and states as follows

under the penalties of perjury:

1.     I am over eighteen years of age and have personal knowledge of the facts

contained herein.

2.     I am currently General Counsel for Southern Maryland Hospital, Inc.

3.     Southern Maryland Hospital, Inc. is a corporation organized under the laws of

Maryland.

4.     Southern Maryland Hospital, Inc. maintains its sole place of business in Clinton,

Maryland.

5.     Southern Maryland Hospital, Inc. is not licensed to do business in the District of

Columbia.

6.      Southern Maryland Hospital, Inc. does not maintain a place of business or do

business in the District of Columbia.

7.      At all times relevant to Mr. Graham's claim, during his employment with

Southern Maryland Hospital, Mr. Graham was employed at the hospital which is located in

Clinton, Maryland.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on

the ____ day of November, 2005.

Richard G. McAlee
General Counsel, Southern Maryland
Hospital, Inc.

County of Prince George's        )
                                 ) ss
State of Maryland                )

Sworn and subscribed to before me this 2nd day of November,

19____.
2005

Notary Public

My commission expires: 9/12/2006



180401

- 2 -