IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN GRAHAM<br>2725 PENNSYLVANIA AVENUE, SE<br>WASHINGTON, D.C. 20020<br><br>     Plaintiff<br><br>v.<br><br><br>SOUTHERN MARYLAND HOSPITAL<br>CENTER<br>7503 SURRATTS ROAD<br>CLINTON, MD 20735<br><br>     Defendant | <br><br><br><br><br><br>Civil Court Action No:    1:05CV01956<br>Judge:  Ellen Segal Huvelle |

## **ORDER**

**UPON CONSIDERATION** of the Defendant's Motion to Dismiss, and any

Opposition thereto, it is this _____day of _____ 2005,

**ORDERED** that the Defendants' Motion be and is hereby granted and that the

Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**


_____
Judge Ellen Segal Huvelle

**SEND COPIES TO:**

John J. Hathway, Esquire
Jennifer S. Jackman, Esquire
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, NW
Suite 400
Washington, DC 20036
*Counsel for Defendant*

Steven Graham
2725 Pennsylvania Avenue, SE
Washington, D.C. 20020
*Pro Se Plaintiff*

*180427*