PRAECIPE

# United States District Court
## for the District of Columbia

the __First__ day of __November__ 19_05_

STEVEN Grattan

vs.

SO. MD. Hosp. CTR.

Civil / Criminal Action No. ~~#10~~ 05-CV01956 ESH

The Clerk of said Court will

OLD ADDRESS — 2725 Pennsylvinia Ave. SE. Wash, DC 20020
New ADDRESS — 2300 GoodHope RD. SE. Wash, D.C. 20020

Date: 11/1/05

Signature: [signed]

BAR IDENTIFICATION NO.

Print Name: STEVEN Grattan
Address: 2300 Good Hope RD SE.
City: Washington  State: DC  Zip Code: 20020
Phone Number: (2) 889.3652

**RECEIVED**
NOV - 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATE OF SERVICE

I Steven Grattan Will Send a Certified Copy to SO. MD. Hosp. CTR. 7503 Surratts RD. Clinton, MD. 20735 On November 1, 2005