IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN GRAHAM<br>2300 GOOD HOPE ROAD, S.E.<br>WASHINGTON, D.C. 20020<br><br>    Plaintiff<br><br>v.<br><br>SOUTHERN MARYLAND HOSPITAL<br>CENTER<br>7503 SURRATTS ROAD<br>CLINTON, MD 20735<br><br>    Defendant | Civil Court Action No:   1:05CV01956<br>Judge:  Ellen Segal Huvelle |

## ENTRY OF APPEARANCE

THE CLERK OF THE COURT shall kindly note the appearance of Jennifer S. Jackman of Whiteford, Taylor & Preston, LLP, as additional counsel for the defendant, Southern Maryland Hospital Center.

                           Respectfully submitted,

                           _____//s//_____
                           John J. Hathway (#412664)
                           Jennifer S. Jackman (#466922)
                           Whiteford, Taylor & Preston L.L.P.
                           1025 Connecticut Avenue, NW
                           Washington, DC  20036-5405
                           (202) 659-6800

                           Attorney for Defendant,
                           SOUTHERN MARYLAND HOSPITAL
                           CENTER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of November, 2005, a copy of the foregoing was sent by first class mail, postage prepaid to:

> Steven Graham
> *Pro Se*
> 2300 Good Hope Road, S.E.
> Washington, D.C.  20020

                                                        _____//s//_____
                                                        Jennifer S. Jackman