IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN GRAHAM<br>2300 GOOD HOPE ROAD, S.E.<br>WASHINGTON, D.C. 20020<br><br>    Plaintiff<br><br>v.<br><br>SOUTHERN MARYLAND HOSPITAL<br>CENTER<br>7503 SURRATTS ROAD<br>CLINTON, MD 20735<br><br>    Defendant | Civil Court Action No:    1:05CV01956<br>Judge:  Ellen Segal Huvelle |

## NOTICE

THE CLERK OF THE COURT shall kindly note that defendant, Southern Maryland Hospital Center, re-served plaintiff with another copy of defendant's Motion to Dismiss via first class, postage prepaid mail on November 3, 2005, in response to plaintiff's Notice of Change of Address, which was received by defendant today.

                                                   Respectfully submitted,

                                                _____//s//_____
                                                John J. Hathway (#412664)
                                                Jennifer S. Jackman (#466922)
                                                Whiteford, Taylor & Preston L.L.P.
                                                1025 Connecticut Avenue, NW
                                                Washington, DC  20036-5405
                                                (202) 659-6800

                                                Attorney for Defendant,
                                                SOUTHERN MARYLAND HOSPITAL
                                                CENTER

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of November, 2005, a copy of the foregoing was sent by first class mail, postage prepaid to:

> Steven Graham
> *Pro Se*
> 2300 Good Hope Road, S.E.
> Washington, D.C. 20020

_____//s//_____
Jennifer S. Jackman

*180503*