UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN GRAHAM
2300 GOODHOPE RD.SE #423
WASHINGTON,DC 20020

   PLAINTIFF

 v.        CIVIL ACTION NO.05-1956(ESH)

SOUTHERN MARYLAND HOSPITAL
CENTER
7503 SURRATTS RD.
CLINTON,MD 20735

MOTION TO AMEND PLEADINGS

The plaintiff was a resident of the District of Columbia at his time of employment at Southerm Maryland Hospital Center and remains so at this time.The defendant's resident is in the state of Maryland.The plaintiff is a 44 year old in good health other than a progressing hearing loss and has 21 good years left headed toward retirement age.The defendant claims not to have had any complaints with the plaintiffs job performace inwhich he has been performing since 1983 at various health institutions,yet younger employees with way less experence were being hired.The defendant terminated plaintiff because of tardiness.The defendant had then, and continues now to

RECEIVED
NOV 2 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

employ over 2/3 of its staff who are tardy on a regular basis. The plaintiff is protected under ADA Federal law and seeks damages in excess amount $525,000.00 inwhich would have been 21 year salery. As well as $27,060.00 in back pay salery, and reinstatement of employment, punitive, and pain and suferring the court finds satisfactory.

The plaintiff strongly feels because of SOUTHERN MARYLAND HOSPITAL CENTER's owner strong political ties this civil matter will not be tried justly in the state of Maryland.

It is the burden of Southern Maryland HospitalCenter to show otherwise and or correct it's wrong doing.

The plaintiff respectfully request this amendment be filed with the original complaint pursuant to Federal Rule LCrR 47g

Respectfully submitted

STEVEN GRAHAM
2300 GOODHOPE RD.SE #423
WASHINGTON, DC 20020

CERTIFICATE OF SERVICE

1. MOTION TO APPOINT COUNSEL

2. MOTION TO CONTINUE

3. MOTION TO AMEND PLEADINGS

I HEREBY CERIFY that on this 25th day of November, 2005, a copy of the above stated Motions was sent by first class mail, prepaid to:

Respectfully submitted

1. John J. Hathway (412664)
   Jennifer S. Jackman (466922)
   Whiteford, Taylor & Preston L.L.P.
   1025 Connecticut Ave., NW
   Washington, DC 20036-5405