UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


STEVEN GRAHAM
2300 GOODHOPE RD. SE
WASHINGTON, DC 20020

    Plaintiff

    v.                      Civil Court action No.05-1956(ESH)

SOUTHERN MARYLAND HOSPITAL
CENTER
7503 SURRATTS RD.
CLINTON, MD 20735

    Defendent

MOTION TO APPOINT LEGAL COUNSEl

The plaintiff respectfully request this court to appoint counsel under Federal Rule 28 U.S.C.& 1915

The plaintiff is unemployed and cannot retain legal counsel by other means.

It is appropriate under Federal Rules of Procedures and rules of this court.

The plaintiff pleads request to this court that in order to proceed motion be granted.

                                        Respectfully submitted
                                        Steven Graham
                                        2300 GOODHOPE RD>SE #423
                                        WASHINGTON, DC 20020

RECEIVED
NOV 2 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

1. MOTION TO APPOINT COUNSEL

2. MOTION TO CONTINUE

3. MOTION TO AMEND PLEADINGS

I HEREBY CERIFY that on this 25th day of November, 2005, a copy of the above stated Motions was sent by first class mail, prepaid to:

Respectfully submitted

1. John J. Hathway (412664)
   Jennifer S. Jackman (466922)
   Whiteford, Taylor & Preston L.L.P.
   1025 Connecticut Ave., NW
   Washington, DC 20036-5405