UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


Steven Graham

       Plaintiff,


     v.                    Civil Action NO. 05-1956 (ESH)

SOUTHERN MARYLAND
HOSPITAL CENTER,

       Defendant


MOTION TO CONTINUE

The plaintiff worked at Southern Maryland Hospital Center located in clinton,Md.,when plaintiff was terminated he resided in the District of Columbia where he paid local and federal taxes and did so 6-7 months prior to termanation inwhich the plaintiff commuted to by public transportation.

The defendents arguement is completely about jurisdicition and not once in defendants motion to dismiss does he deny that the discrimination where the plaintiff worked and was protected by ADA federal laws did'nt happen.Washington,DC is the general of all territory in the Unitd States and has unlimited jurisdiction.If the defendant does claim that the plaintiff was terminated for cause of tardiness and not diability,and age

RECEIVED
NOV 25 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

discrimination then surely the defendant has to know that the plaintiff also will not be able to commute in time for court proceedings in another jurisdiction, and yet jurisdiction didnt prohibit the defendant from seeking legal counsel from the same jurisdiction that it argues the plaintiff has no right to have this court hear and rule this case. The UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA hear and rule on other jurisdition cases daily, and has jurisdiction in this case that should not be excluded. The plaintiff is a resident of the District of Columbia and has a reserved right to havethis case proceeded, heard, and ruled in this court.

PLAINTIFF respectfully pleads request that this court hear motion to continue be granted.

Respectfully submitted
Steven Graham
2300 goodhope Rd.SE #423
Washington,DC 20020
(202)889-3652

Plaintiff

CERTIFICATE OF SERVICE

1. MOTION TO APPOINT COUNSEL

2. MOTION TO CONTINUE

3. MOTION TO AMEND PLEADINGS

I HEREBY CERIFY that on this 25th day of November, 2005, a copy of the above stated Motions was sent by first class mail, prepaid to:

Respectfully submitted

1. John J. Hathway (412664)
   Jennifer S. Jackman (466922)
   Whiteford, Taylor & Preston L.L.P.
   1025 Connecticut Ave., NW
   Washington, DC 20036-5405